RECEIVED
AUG 2 8 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| GABRIELLE M. PARKER, Petitioner | CIVIL ACTION NO. 1:18-CV-01107 |
| VERSUS | JUDGE DRELL |
| JEFFERSON B. SESSIONS, III, *ET AL.*, Respondents | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Respondent's Motion to Dismiss (Doc. 10) is GRANTED and Parker's § 2241 Petition is DISMISSED WITH PREJUDICE AS MOOT.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 28 day of _____ August, 2019.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT